THE ASHWORTH LAW OFFICE
JAMES C. ASHWORTH, SBN 151272
1105 Kennedy Place, Suite 8
Davis, California 95616
Telephone: (530) 574-1130
E-mail: jim@TheAshworthLawOffice.com

Attorney for Plaintiffs


JONES DAY
AARON L. AGENBROAD, SBN 242613
ALLISON E. CROW, SBN 279078
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: alagenbroad@JonesDay.com
E-mail: acrow@JonesDay.com

Attorneys for Defendant HOME DEPOT USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTICT OF CALIFORNIA

| | |
|---|---|
| DEBRA NELSON, MARIA ALFONSO, JOSE GARCIA, VLADIMIR VIVAS and JAVIER MUNGUIA<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC., a Delaware Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: C 13-4026-PJH<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE COMPLAINT, IN ITS ENTIRETY WITH PREJUDICE<br><br><br><br>Judge: The Honorable Phyllis J. Hamilton |

1

Stipulation and Order of Dismissal of the Complaint, in its Entirety, with Prejudice
Case No. C 13-4026-PJH

IT IS HEREBY STIPULATED by and between Plaintiff DEBBIE NELSON, Plaintiff MARIA ALFONSO, Plaintiff JOSE GARCIA, Plaintiff JAVIER MUNGUIA, and Defendant HOME DEPOT USA, INC., through their designated counsel that, pursuant to FRCP 41(a)(2), the Complaint, in its entirety, be dismissed with prejudice.

Dated: November 10, 2014          THE ASHWORTH LAW OFFICE

                                                              /s/ James C. Ashworth
                                         JAMES C. ASHWORTH
                                         Attorney for Plaintiffs

Dated: November 10, 2014          JONES DAY

                                         /s/ Aaron L. Agenbroad
                                         Aaron L. Agenbroad
                                         Attorneys for Defendant
                                         HOME DEPOT USA, INC.

## [PROPOSED] ORDER GRANTING STIPULATED DISMISSAL OF THE COMPLAINT

Pursuant to the stipulation of Plaintiff DEBBIE NELSON, Plaintiff MARIA ALFONSO, Plaintiff JOSE GARCIA, Plaintiff JAVIER MUNGUIA, and Defendant HOME DEPOT USA, INC., and good cause appearing, the court orders that the Complaint, in its entirety, be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 11/13/14

                                         Judge, U.S. District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*